JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Kimberly Brinkman ; | Sprinkler Fitters Local 417 ; |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |
| | Additional Defendants(s): |
| | Summit Fire Protection Co. ; |
| | Gilbert Mechanical Contractors, Inc. ; |

**County Where Claim For Relief Arose:** Hennepin County

**Plaintiff's Attorney(s):**
Lisa C Stratton (Kimberly Brinkman)
Stratton Law Office
310 4th Ave S Ste 5010, Suite 5010
Minneapolis, Minnesota 55415
**Phone:** 6122063774
**Fax:**
**Email:** lstratton@strattonlawoffice.onmicrosoft.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 442 Employment
**Cause of Action:** Sex discrimination and retaliation under the Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** s/Lisa C. Stratton

**Date:** 11/25/2019

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.