# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimberly Brinkman,<br><br>    Plaintiff,<br><br>v.<br><br>Summit Fire Protection, Co., and Gilbert Mechanical Contractors, Inc.,<br><br>    Defendants. | Case No. 0:19-cv-02981 (KMM/TNL)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT GILBERT MECHANICAL CONTRACTORS, INC.** |

BASED UPON THE STIPULATION OF THE PARTIES (Dkt. No. 182), through their counsel, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED as to Defendant Gilbert Mechanical Contractors, Inc., only, with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to either Plaintiff Kimberly Brinkman or Defendant Gilbert Mechanical Contractors, Inc.

Dated: September 26, 2022

                                              *s/ Katherine M. Menendez*
                                              Kate M. Menendez
                                              United States District Court Judge